DIEHL v. ROBINSON. (Supreme Court, Appellate Division, First Department. February 10, 1899.) Action by Julia Diehl, as ad-

ministratrix, against Andrew Robinson. No opinion. Motion granted, with $10 costs and disbursements. See 48 N. Y. Supp. 1103.